**Order entered March 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00189-CR

### THOMAS ANDERSON GIROUX, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 069348**

## ORDER

We **REINSTATE** this appeal.

We abated this appeal for the trial court to determine whether appellant was entitled to the appointment of counsel. On March 14, 2019, we received the trial court's findings. We **ADOPT** the findings that appellant (1) desires to prosecute this appeal; and (2) is represented by retained counsel Stephen A. Gustitis.

We **DIRECT** the Clerk to list Stephen A. Gustitis as retained counsel for appellant. Future correspondence shall be sent to Stephen A. Gustitis, State Bar number 08634600, at 102 E. 26th Street, Bryan, TX 77803, telephone number 979-823-9111.

The record is **DUE** April 9, 2019.

/s/    BILL PEDERSEN, III
       JUSTICE